UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS HACHENEY,

                Petitioner,

     v.

MIKE OBENLAND,

                Respondent.

CASE NO. 3:15-CV-05492-RBL-DWC

ORDER FOR ADDITIONAL BRIEFING

This is a federal habeas action filed under 28 U.S.C. § 2254. *See* Dkt. 1. Petitioner filed his Petition through counsel, Jeffery Ellis. Petitioner moves the Court to appoint Mr. Ellis to represent him in this matter. Dkt. 2. The Motion for Appointment of Counsel states

> Mr. Ellis, who wrote and filed the habeas petition and who has been representing [Petitioner] pro bono throughout the state post-conviction proceedings and who is on the local CJA panel for habeas cases, is willing to accept appointment in this case.

*Id.* Petitioner submitted a Declaration and Application to Proceed *In Forma Pauperis*, which indicates he is indigent. *Id.* at p. 3. The Motion contains no other relevant information.

Petitioner is ordered to file additional briefing prior to the Court ruling on the Motion for Appointment of Counsel. The additional briefing shall provide information regarding the scope

ORDER FOR ADDITIONAL BRIEFING
- 1

1  of Mr. Ellis's representation. Specifically, Petitioner shall provide information pertaining to the

2  commencement of the attorney-client relationship, the length of the relationship, and any other

3  pertinent information regarding the nature and scope of the services provided by Mr. Ellis.

4  Additionally, if Petitioner seeks appointment of a CJA panel attorney, he must submit a CJA 23

5  Financial Affidavit, which is available on the United States Courts website,

6  http://www.uscourts.gov/, under Forms & Services.

7      Petitioner must submit the additional briefing on or before August 27, 2015.

8      Dated this 6th day of August, 2015.

*David W. Christel*
United States Magistrate Judge

ORDER FOR ADDITIONAL BRIEFING
- 2