UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS HACHENEY,

                  Petitioner,

v.

MIKE OBENLAND,

                  Respondent.

No. 3:15-CV-05492-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. #39].

(2) Petitioner's federal habeas Amended Petition [Dkt. #37] is denied with prejudice. His claims are DISMISSED with prejudice.

(3) The issuance of a certificate of appealability is denied.

(4) The Clerk is directed to send copies of this Order to counsel for Petitioner and Respondent and to the Hon. David W. Christel.

**DATED** this 4th day of October, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1